UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VINCENT MANERI

        Plaintiff(s),

   -against-

CITY OF NEW YORK, et al,

        Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/06

ORDER OF DISCONTINUANCE

05 Civ. 4927 (GEL)(FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued (with) ~~without~~ prejudice and ~~with~~ (without) costs; provided, however, that within ~~30~~ 90 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED: New York, New York
           August 3, 2006

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney(s) for Plaintiff
STEVEN A. HOFFNER, ESQ

_____
Attorney(s) for Defendant
MICHAEL CHESTNEY, ESQ

Agreed and Consented to:

_____
VINCENT MANERI

Agreed and Consented to:

_____